## IN RE RICHMOND

No. 195P98

Case below: 129 N.C.App. 427

Petition by respondent for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.

## IN RE WILL OF LITTLE

No. 163P98

Case below: 129 N.C.App. 116

Petition by appellant for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.

## JACOBS v. WINSTON-SALEM ZONING BD.

No. 160P98

Case below: 129 N.C.App. 116

Petition by appellants for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.

## JENKINS v. WYSONG & MILES CO.

No. 164P98

Case below: 129 N.C.App. 263

Petition by defendant (Highland Tank and JJF Properties) for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998. Conditional petition by defendant (Wysong & Miles) for discretionary review pursuant to G.S. 7A-31 dismissed as moot 8 July 1998.

## LEAK v. LEAK

No. 189P98

Case below: 129 N.C.App. 142

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.